IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEONARD KING, JR.                                                                           PLAINTIFF

VS.                              CASE NO. 4:08CV04072 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration
DEFENDANT

**ORDER**

Pending is Plaintiff's motion for appointment of counsel (DE #4). Plaintiff was directed to contact three attorneys who practice in this field about taking his case before one would be appointed to represent him. Further, Plaintiff was to file a statement with the Court listing the names of the attorneys, the dates he talked to them, and what they told him. (DE #5). As of this date, the statement has not been filed. Plaintiff shall now file his statement within ten (10) days of the date of this Order, or his motion for appointment of counsel will be denied.

IT IS SO ORDERED this 5th day of January , 2009.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE