IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEONARD KING, JR.                                                    PLAINTIFF

vs.                      Civil Case No. 4:08CV04072 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                       DEFENDANT

ORDER

On February 17, 2009, the court denied Plaintiff's Motion for Appointment of Counsel, because Plaintiff did not respond to an order regarding the motion (DE #11). In a separate order (DE #12), entered that date, the court informed Plaintiff of Local Rule 5.5(c)(2), which provides that a pro se plaintiff must respond to communication from the court within thirty (30) days, or the case will be dismissed without prejudice. The court directed Plaintiff to communicate with the court within thirty (30) days, but the deadline has passed and Plaintiff has not responded.

IT IS THEREFORE ORDERED that this complaint be, and it is hereby, dismissed without prejudice.

SO ORDERED this 31st day of March, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge