```
              IN THE UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF ARKANSAS
                       WESTERN DIVISION
```

LEONARD KING, JR.                                          PLAINTIFF

vs.                  Civil Case No. 4:08CV04072 HLJ

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                             DEFENDANT

## JUDGMENT

Pursuant to the Order entered this date, IT IS CONSIDERED, ORDERED AND ADJUDGED that this complaint be, and it is hereby, dismissed without prejudice.

IT IS SO ADJUDGED this 31st day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE